**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1581
(212) 805-6325

CHAMBERS OF
COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

TO ALL COUNSEL IN: U.S. Commodity Futures Trading Commission v. Brunswick Capital, L.L.C., et al.,

(14 Civ. 2800) (CM)

FROM: Judge McMahon CM

RE: Bench Trial

DATE: June 2, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/15

Counsel:

A bench trial has been scheduled in this case on Monday, June 22, 2015 at 9:30 a.m. Counsels are directed to file their exhibits and affidavits with the court per my rules one full week before the trial date.